UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-2975-Cmm

UNITED STATES OF AMERICA,
        Plaintiff,

v.

LUIZ CARLOS FRANCISCO

        Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW CRAIG A. BRAND, Esq., P.A. and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): CRAIG A. BRAND

Counsel's Signature: _____

Address (include City/State/Zip Code):
2937 SW 27 Ave.
Suite 101
Miami, FL 33133

Telephone: 407-447-1447    Florida Bar Number: 896111

Date: 7/8/13